STATE of Missouri, Respondent,

v.

Robert D. GRAYSON, Appellant.

No. WD 34570.

Missouri Court of Appeals,
Western District.

Sept. 27, 1983.

James W. Fletcher, Public Defender, Gary L. Gardner, Asst. Public Defender, Kansas City, for appellant.

John Ashcroft, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before SOMERVILLE, P.J., and MANFORD and LOWENSTEIN, JJ.

ORDER

PER CURIAM:

This is a direct appeal from a jury conviction for burglary, second degree, in violation of § 569.170, RSMo 1978, and stealing, in violation of § 570.030, RSMo 1978. Sentencing was entered pursuant to § 558.016, RSMo 1978.

No jurisprudential purpose would be served by written opinion. Judgment affirmed.

All concur.

Rule 30.25(b).

STATE of Missouri, Respondent,

v.

Alonzo WREN, Appellant.

No. WD 33451.

Missouri Court of Appeals,
Western District.

Sept. 27, 1983.

James W. Fletcher, Public Defender, Sean D. O'Brien, Asst. Public Defender, Kansas City, for appellant.

John Ashcroft, Atty. Gen., Mary Stewart Tansey, Asst. Atty. Gen., Jefferson City, for respondent.

Before TURNAGE, P.J., and DIXON and LOWENSTEIN, JJ.

ORDER

PER CURIAM:

Alonzo Wren was found guilty by a jury of first degree robbery and pursuant to the jury's verdict was sentenced to a term of 10 years imprisonment.

Judgment affirmed. No jurisprudential purpose would be served by written opinion and ruling. Rule 30.25(b):

All concur.